## WINTER *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 64, September Term, 1962.]

*Decided February 15, 1963.*

Before the full Court.

PER CURIAM.

For the reasons stated by Judge Duckett for denying relief below, this application for leave to appeal is hereby denied.

## SPARKS *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 66, September Term, 1962.]

*Decided March 6, 1963.*

Before the full Court.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in Judge Harlan's opinion in the court below.